JASON K. SINGLETON, State Bar # 166170
jason@singletonlawgroup.com
SINGLETON LAW GROUP                                    MADE JS-6
611 "L" Street, Suite "A"
Eureka, CA 95501
(707) 441-1177
FAX:  441-1533

Attorneys for Plaintiff, ANNA ESCOBEDO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA ESCOBEDO, | Case No. CV 11-6264-GW(Ex) |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| JOCKO'S, INC., a California corporation, SANDRA L. KNOTTS, Trustee of the FREDERICK KNOTTS FAMILY TRUST, SURVIVORS TRUST, dba JOCKOS, and DOES ONE TO TEN, inclusive, | |
| Defendants. | |

Having considered the parties' Stipulation for Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>ESCOBEDO vs JOCKO'S, INC., et al.</u>, Case Number CV-11-6264 GW (Ex), is dismissed with prejudice with each party to bear their own attorney fees and costs.

Dated:  October 28, 2011                    _____
                                             GEORGE H. WU
                                             U.S. DISTRICT COURT JUDGE